Case 4:25-cv-06043   Document 6   Filed on 12/31/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERBERTH NAHUM FLORES BERRIOS, | § § § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL ACTION NO. 4:25-CV-06043 |
| KRISTI NOEM, *et al.*, | | |
| Respondents. | | |

## **ORDER FOR SERVICE OF PROCESS AND ORDER TO SHOW CAUSE**

The petitioner is a detainee in the custody of United States Immigrations and Customs Enforcement. He has filed a petition for a writ of habeas corpus.

The Clerk's office is ordered to serve the petition, the temporary restraining order, and a copy of this order on:

      Pamela Jo Bondi
      Attorney General of the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001;

      Secretary Kristi Noem
      U.S. Department of Homeland Security
      Washington, DC 20528;

      Warden Randy Tate
      Montgomery Processing Center
      806 Hilbig Road
      Conroe, TX 77301;

>Paul McBride
>Acting Field Office Director
>U.S. Immigration and Customs Enforcement
>126 Northpoint Drive
>Houston, TX 77060;
>
>Acting Director Todd M. Lyons
>United States Immigration and Customs Enforcement
>500 12th Street, SW
>Washington, DC 20536

and

>Nicholas J. Ganjei,
>United States Attorney for the Southern District of Texas
>1000 Louisiana Street, Suite 2300
>Houston, TX 77002.

The Clerk's Office will also serve the United States Attorney by email at [USATXS-CivilNotice@usa.doj.gov](mailto:USATXS-CivilNotice@usa.doj.gov).

The respondents are ordered to answer the petition or file a dispositive motion and to show cause why the petitioner should not be released from custody by January 5, 2026.

It is so ORDERED.

SIGNED on December 31, 2025, at Houston, Texas.

_Kenneth M. Hoyt_
Kenneth M. Hoyt
United States District Judge