United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HERBERTH NAHUM FLORES BERRIOS, <br> A #221-280-689 <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Respondents. | § § § § § § § § § § § § CIVIL ACTION NO. 4:25-cv-06043 |

**ORDER**

The respondent has filed a motion requesting until January 12, 2026, to respond to the petition and show cause as to why the petitioner should not be released from custody. The motion (Dkt. No. 7) is **GRANTED**. The respondent's answer or dispositive motion is now due by **January 12, 2026**.

It is so ORDERED.

SIGNED on January 7, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge