UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERBERTH NAHUM FLORES BERRIOS, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 4:25-cv-06043 |
| v. | § § | |
| KRISTI NOEM, *et al.*, | § § | |
| Respondents. | § § § | |

## **FINAL JUDGMENT**

In a Memorandum Opinion and Order entered on February 3, 2026, the court granted the petition for a writ of habeas corpus filed by Herberth Nahum Flores Berrios. (Dkt. No. 11). The court determines that Final Judgment should now be entered in this matter and renders this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk will provide a copy of this Final Judgment to the parties.

SIGNED on February 13, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge